UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JONATHAN C. LINTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MAINE DEPARTMENT OF )<br>CORRECTIONS, et al., )<br>)<br>Defendants. ) | Civil No. 06-144-B-W |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objection having been filed to the Magistrate Judge's Recommended Decision filed March 6, 2007, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Petition for Writ of Habeas Corpus (Docket # 1) be and hereby is DISMISSED without prejudice for Plaintiff's failure to prosecute.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 28th day of March, 2007